

**In the**
**Court of Appeals**
**Second Appellate District of Texas**
**at Fort Worth**

———————————————

No. 02-25-00667-CV

———————————————

IN RE JOHNNY TYSON II, Relator

———

Original Proceeding
County Court at Law No. 1 of Tarrant County, Texas
Trial Court No. 2025-005600-1

———

Before Bassel, Kerr, and Wallach, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION**

The court has considered relator's "Emergency Petition for Writ of Mandamus and Motion for Temporary Relief" and "Motion for Emergency Stay of Writ Execution" and is of the opinion that relief should be denied. Accordingly, relator's "Emergency Petition for Writ of Mandamus and Motion for Temporary Relief" and "Motion for Emergency Stay of Writ Execution" are denied.

Per Curiam

Delivered: December 4, 2025